**John Hamilton, appellant, v. City of Chicago and Charles Bostrom, commissioner of buildings, appellees. Gen. No. 29,396.**

Mandamus to compel issuance of building permit. Petition dismissed. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed December 16, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Church, Haft & Robertson, for appellant. Francis X. Busch, Corporation Counsel, for appellees; Albert H. Veeder, Assistant Corporation Counsel, and Morton S. Cressy, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

**L. F. Conrad, trading as Imperial Heating Company, appellant, v. Katherine A. Wells et al., appellees. Gen. No. 28,841.**

Suit for a mechanic's lien. Bill and intervening petitions dismissed. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed and remanded with directions. Opinion filed December 24, 1924. Rehearing denied January 1, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Frisch & Frisch, for appellant; Douglas C. Gregg, of counsel. Ben Rothbaum, for appellees.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**Jacob Horwitz, appellee, v. Central Mattress Company, appellant. Gen. No. 28,884.**

Action to recover cost of repairs on garage in use by defendant as plaintiff's tenant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank T. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed December 24, 1924.

Harry G. Wexler, for appellant. Henry M. Hagan, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**John Hulla, appellant, v. Philip Lautenschlager, appellee. Gen. No. 28,906.**

Action to recover balance due for labor and materials. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed December 24, 1924. Rehearing denied January 14, 1925.

William T. Pridmore, for appellant; George E. Kanary, of counsel. Alwin W. Ehrhardt, for appellee; John T. Murray, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.